ANDREA T. MARTINEZ, United States Attorney (#9313)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JAN 26 '22 PM01:19

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUNA GABRIELY MACHADO,<br>DIEGO MARTIN FIGUEROA-ESPITTA,<br>aka *CHIVO*, and<br>MICHAEL JOHN BIXBY,<br><br>Defendants.<br><br>Case: 2:22-cr-00025<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 01/26/2022 | Case No.<br><br>**INDICTMENT**<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine (All defendants)<br><br>Count 2: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (Machado and Figueroa-Espitta)<br><br>Count 3: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (Bixby) |

The Grand Jury Charges:

**COUNT 1**
21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown but at least by November 1, 2021, and continuing through December 16, 2021, in the District of Utah,

BRUNA GABRIELY MACHADO,
DIEGO MARTIN FIGUEROA-ESPITTA, AKA *CHIVO*,
and MICHAEL JOHN BIXBY,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 2**
**21 U.S.C. § 841(a)(1)**
(Possession of Methamphetamine with Intent to Distribute)

On or about December 13, 2021, in the District of Utah,

BRUNA GABRIELY MACHADO, and
DIEGO MARTIN FIGUEROA-ESPITTA, AKA *CHIVO*,

defendants herein, did knowingly and intentionally possess with intent to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**
(Possession of Methamphetamine with Intent to Distribute)

On or about December 16, 2021, in the District of Utah,

MICHAEL JOHN BIXBY,

the defendant herein, did knowingly and intentionally possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, as set forth in this indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

- $4,380 in United States Currency;

- $4,430 in United States Currency.

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

MICHAEL GADD
Special Assistant United States Attorney