FILED
2024 MAY 3 AM 11:36
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
SIRENA MILLER WISSLER, Assistant United States Attorney (#7450)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Sirena.Wissler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRUNA GABRIEL Y MACHADO, Defendant. | Case No. 2:22-CR-25 **FELONY INFORMATION** Count 1: 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine; Judge Jill N. Parrish |

The United States Attorney charges:

### COUNT 1
21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Methamphetamine)

Beginning on a date unknown, but at least by November 1, 2021, and continuing through December 16, 2021, in the District of Utah,

BRUNA GABRIEL Y MACHADO,

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) and 846.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction for any offense violating 21 U.S.C. §§ 841 or 846, as set forth in this Information, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

- $4,380 in U.S. currency;
- $4,430 in U.S. currency.

TRINA A. HIGGINS
United States Attorney

*/s/ Sirena Miller Wissler*
SIRENA MILLER WISSLER
Assistant United States Attorney